# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas - Lubbock Division

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 APR -6  AM 10: 48

DEPUTY CLERK _____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: **5:05-CR-083-02-C** |
| **JUAN ANTHONY REYES** ) | USM No: 31910-177 |
| Date of Original Judgment: 4/7/2006 ) | |
| Date of Previous Amended Judgment ) | |
| or Last Order Reducing Sentence: ) | |
| | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

**X  DENIED.**    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**: *The defendant received a sentence of 235 months. This sentence was fair in light of the factors in Title 18, United States Code, Section 3553(a), including his criminal history, offense conduct or relevant conduct, and the post-sentencing conduct. Therefore, the defendant shall not be granted a further reduction in his sentence.*

Except as otherwise provided, all provisions of the judgment dated 4/7/2006 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 6, 2016

_____
Judge's signature

Effective Date: April 6, 2016          SAM R. CUMMINGS, Senior U.S. District Judge
(November 1, 2015 or                         *Printed name and title*