U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 2 3 2016
CLERK U.S. DISTRICT COURT
By _____
    Deputy

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-10501

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JUAN ANTHONY REYES, JR.,

    Defendant - Appellant

A True Copy
Certified order issued Sep 23, 2016

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Northern District of Texas, Lubbock

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of September 23, 2016, for want of prosecution. The appellant failed to timely pay docketing fee.

        LYLE W. CAYCE
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        By: _____
        Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 23, 2016

Ms. Karen S. Mitchell
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue
Room C-209
Lubbock, TX 79401

No. 16-10501    USA v. Juan Reyes, Jr.
                USDC No. 5:05-CR-83-2

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc w/encl:
    Mr. James Wesley Hendrix
    Mr. Juan Anthony Reyes Jr.
    Ms. Leigha Amy Simonton